**Mr. Pascal N. NOUNA, Plaintiff-Appellant,**

v.

**Wilbur ROSS, Secretary Department of Commerce, National Institute of Standard and Technology, Defendant-Appellee.**

**No. 17-1466**

United States Court of Appeals, Fourth Circuit.

Submitted: September 29, 2017

Decided: October 10, 2017

Pascal N. Nouna, Appellant Pro Se. Molissa Heather Farber, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

Before MOTZ and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Pascal N. Nouna appeals the district court's order dismissing his employment discrimination complain. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Nouna v. Ross*, No. 8:13-cv-01927-RWT, 2017 WL 1035833 (D. Md. Mar. 17, 2017). We deny Nouna's request for counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*